UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 25mj1098 (rms) |
| v. | |
| MICHAEL REILLY | November ___, 2025 |

NOV 17 2025 PM 3:44
FILED-USDC-CT-NEW.HAVEN

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Michael P. Curra, being duly sworn, depose and state as follows:

**BACKGROUND OF AFFIANT**

1.   I am a Deputy United States Marshal with the United States Marshals Service ("USMS") and have been so employed since March 2011. I am currently assigned to the New Haven U. S. Marshals Office for the District of Connecticut. I have successfully completed the U. S. Marshals Basic Training Academy in Glynco, Georgia, where I received extensive training in criminal investigations, including the apprehension of fugitives, protective intelligence investigations, executive protection, firearms and legal procedure

2.   I make this affidavit in support of an application for a criminal complaint and an arrest warrant charging Michael Reilly ("REILLY"), an adult male born in 1973, with transmitting in interstate or foreign commerce communications containing a threat to injure another person, in violation of 18 U.S.C. § 875(c). As discussed below, I believe REILLY is currently staying at a motel in Milford, Connecticut.

3.   The information detailed in the following paragraphs is a direct result of my own investigative efforts and/or that which has been related to me by other individuals, as well as other law enforcement agents, responsible with me for the investigation of the following matter. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not

1

included each and every fact known by me in the investigation. Rather, I have set forth only pertinent facts that I believe are necessary to establish probable cause for the arrest of REILLY.

## RELEVANT STATUTE

4. 18 U.S.C. § 875(c) provides that "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be [guilty of a crime]."

## PROBABLE CAUSE

5. On or about Friday, November 14, 2025, the USMS was notified about threatening publicly viewable comments that REILLY posted on his Facebook. The posts were directed towards a federal government employee ("Victim-1"), whose identity is known to me, and Victim-1's son.[1] The identity of Victim-1's son is also known to me. Victim-1 resides in Connecticut and Victim-1's son is a university student.

6. I have reviewed the comments that REILLY publicly posted on his Facebook page. Based on my review, REILLY posted the following comments on his Facebook page in a span of a few minutes on or about November 14, 2025:

- "What's up we these fags winning an award during the summer of love." Below the comment is a picture of Victim-1's son and two other individuals. The picture shows Victim-1's son and the other individuals receiving an award.

- "I'm sick of this shit I'm going to [last name of Victim-1]s and beating the shit out of him this weekend."

- "I'm gonna fuck him up"

- "Beat the piss out of him then he will get arrested"

---

[1] Facebook is a social media platform owned and operated by Meta Platforms, Inc. ("Meta"), a copy headquartered in Menlo Park, California. According to Meta's publicly available website, Meta has data centers in various locations in the United States, Asia, and Europe, but it does not have any data servers in the state of Connecticut. *See* https://datacenters.atmeta.com/all-locations. Based on this information, I believe the comments that REILLY posted on his Facebook page were transmitted in interstate or foreign commerce.

2

- "I'll be fine watch I'm going alone"
- "He's dead"
- "Then I'll go to [last name of another individual]s then say fuck it"
- "Who's gonna stop me"
- "I guess no one and if you fucking w me [name of third individual] I come back and get you"
- "Pieces for tk and shit if ur fucking w me."
- "I'm chilling waiting for uber yall figure it out."

7.  REILLY also posted pictures on his Facebook page of an application for a State of Connecticut Superior Court civil protection order he filled out against Victim-1, listing Victim-1's name and address. Above the pictures, REILLY posted the following comment: "I guess I'll bring to clerks office Monday."

8.  In addition, REILLY posted another picture on his Facebook page on or about November 14, 2025, that mentioned Victim-1's son and the following comment: "It's war [last name of Victim-1] and this ain't tropic thunder."[2]

9.  Friends of Victim-1 and his son saw these comments and alerted Victim-1 and his son. Victim-1 and his son are concerned about their safety.

10. On or about the morning of Saturday, November 15, 2025, USMS interviewed Victim-1. Victim-1 stated that Victim-1 had once hired REILLY as a painter to paint the exterior of his Victim-1's residence and that REILLY was aware of where Victim-1 resides. Victim-1 stated that REILLY had recently asked him for help with a legal matter, but Victim-1 told REILLY he was not able to assist and recommended REILLY seek private counsel.

---

[2] I am aware that "Tropic Thunder" is the name of a 2008 satirical action-comedy film about the making of a Vietnam War film.

11. I also understand that REILLY currently has a protection order against him from REILLY's ex-wife.

12. On or about Saturday, November 15, 2025, REILLY posted on his Facebook page a video clip of a man standing on a window ledge, with the comment "[Victim-1] ain't stopping ya I'm gonna push ya."

13. On or about Saturday, November 15, 2025, REILLY also posted on REILLY's Facebook page the following advertisement of a Sig Sauer P365 semi-automatic pistol:



14. In addition, I have learned that during the night of November 14, 2025, REILLY sent a text message to the phone of another individual, whose identity is known to me and who knows Victim-1, containing a picture of Victim-1's son and two other individuals, followed by the following text message: "fucking faggot your dead."

15. According to information that REILLY's relative provided to a local police department on the night of Friday, November 14, 2025, REILLY is currently staying at a motel in Milford, Connecticut. I am aware that Milford, Connecticut is approximately 15 to 20 miles from Victim-1's home.

## CONCLUSION

16. Based on the foregoing facts, there is probable cause to believe, and I do believe, that on or about November 14, 2025, in the District of Connecticut, REILLY transmitted in interstate or foreign commerce one or more communications containing a threat to injure another person, in violation of 18 U.S.C. § 875(c). Therefore, I respectfully request that a criminal complaint and arrest warrant be issued to support the arrest of and to charge REILLY with a violation of 18 U.S.C. § 875(c).

_____
Michael P. Curra
Deputy United States Marshal
United States Marshals Service

The truth of the foregoing affidavit has been attested to me by Michael P. Curra on this 17th day of November, 2025.

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE