UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-25-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR 217 (MPS)(RAR |
| v. | VIOLATIONS: |
| MICHAEL REILLY | 18 U.S.C. § 875(c) (Threatening Communication) |
| | 18 U.S.C. §§ 2261A(2)(A) and 2261A(2)(B) (Stalking) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threatening Communication)

1. On or about November 14, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "It's war [Victim-1's last name] and this ain't tropic thunder."

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO
(Threatening Communication)

2. On or about November 14, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a

communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "I'm sick of this shit I'm going to [Victim-1's Last Name]s and beating the shit out of him this weekend."

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
(Threatening Communication)

3. On or about November 14, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "I'm gonna fuck him up."

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
(Threatening Communication)

4. On or about November 14, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true

threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "Beat the piss out of him then he will get arrested."

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
(Threatening Communication)

5. On or about November 14, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "He's dead."

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX
(Threatening Communication)

6. On or about November 18, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, REILLY posted on Facebook the following communication concerning Victim-1, whose identity is known to the Grand Jury: "RIP [Victim-1]."

In violation of Title 18, United States Code, Section 875(c).

## COUNT SEVEN
(Stalking)

7. From on or about November 14, 2025, continuing until on or about November 18, 2025, in the District of Connecticut and elsewhere, the defendant, MICHAEL REILLY, with intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate Victim 1, whose identity is known to the Grand Jury, did use facilities of interstate and foreign commerce, including interactive computer services, electronic communication services, and electronic communication systems of interstate commerce, to engage in a course of conduct that placed Victim 1 in reasonable fear of death and serious bodily injury to himself and immediate family members, and caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Victim 1 and Victim 1's immediate family members.

In violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261A(2)(B).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

LEAH B. FOLEY
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

BY: *[signature]*
STEVEN H. BRESLOW
ASSISTANT U.S. ATTORNEY AND
SPECIAL ATTORNEY TO THE
UNITED STATES ATTORNEY GENERAL
PURSUANT TO 28 U.S.C. § 515
DISTRICT OF CONNECTICUT BAR NO. PHV209067