UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

MICHAEL REILLY

        Defendant

3:25-cr-221 (MPS)

January 21, 2026

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

Pursuant to 18 United States Code §3161(h)(7)(A), I, the defendant, Michael Reilly waive my rights under the Speedy Trial Act.

I have consulted with my counsel, Attorney Kevin Randolph, concerning the waiver. I understand that by signing the waiver, I will give up the rights afforded me by the Speedy Trial Act. I request the Court find that the waiver and continuance are in my best interest and outweigh the public interest in a speedy trial. I request the Court find the period of delay from January 21, 2026 to May 6, 2026 be excluded from calculation for commencement of a speedy trial.

_____
Michael Reilly

1·20·26
Date

_____
Kevin A. Randolph, Esq.
Attorney for Defendant

1·20·26
Date

CERTIFICATION

The undersigned certifies that a copy of the waiver was filed electronically on January 21, 2026 and will be sent to all parties by operation of the Court's electronic filing system.

_Kevin Randolph_

Kevin A. Randolph, Esq.
Randolph Trial Law Center
6 Landmark Square, 4th Fl.
Stamford, CT 06901
Tel. 203-569-5664; 860-306-5721
krandolph@randolphtriallawcenter.com