**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.                                                                          3:25-cr-217 (MPS)

MICHAEL REILLY

Defendant                                              March 21, 2026

**STATUS REPORT CONCERNING DEFENDANT'S MEDICAL RECORDS**

Counsel in the above captioned matter files this status report pursuant to the Court's order entered on March 10, 2026 (ECF 57).

1.      The defendant was arrested on November 18, 2025, on a criminal complaint and was ordered detained on that date.

2.      Counsel was appointed to represent the defendant on November 24, 2025.

3.      On December 11, 2025, a grand jury, sitting in Hartford, returned an indictment, charging the defendant with six counts of Threatening Communications in violation of 18 U.S.C. §875(c) and one count of Stalking in violation of 18 U.S.C. §§2261A(2)(A) and 2261A(2)(B).

4.      The defendant was arraigned on December 16, 2025.

5.      The Government provided initial discovery consisting of 3875 bates-labeled and indexed material.

6.      On January 15, 2026, the Government provided supplemental discovery consisting of an additional 163 pages of bates-labeled and indexed material.  The government has since provided additional discovery material.

7.      The defendant executed releases for medical and mental health records during the month of January 2026.

8.      Counsel has received medical records pursuant to executed releases from the defendant's primary care provider and the Connecticut Department of Correction.  Counsel is waiting for records from the Connecticut Department of Children and Families.

8.      On various dates, counsel requested records from the Yale New Haven Health System. The provider failed to acknowledge counsel's representative capacity and declined to release records.

9.      Counsel submitted an authorization to the Court for expert services to conduct a psychiatric evaluation of the defendant.  The Division of Law and Psychiatry at Yale provided the name and curriculum vitae of Ronald Weir, M.D., M.A.  The Division's director indicated that Dr. Weir may be able to assist counsel in gaining access to the defendant's mental health records.  The Court has not yet approved the authorization for expert services.

10.     On March 20, counsel, pursuant to the Court's directive (ECF 57), delivered a criminal subpoena to the United States Marshal's Office for service upon Yale New Haven Health to procure the defendant's mental health records.  The subpoena required Yale Health to deliver the defendant's mental health records to counsel's office on April 2, 2026, at 10:00 am.

*Kevin Randolph*
_____
Kevin Randolph, Esq.
Randolph Trial Law Center
6 Landmark Square, 4th Fl
Stamford, CT 06901
203-569-5664/860-306-5721
krandolph@randolphtriallawcenter.com

CERTIFICATION

Counsel certifies that a copy of the forgoing was delivered to all parties of record via the Court's electronic filing system.

*Kevin Randolph*

Kevin Randolph, Esq.
Randolph Trial Law Center
6 Landmark Square, 4th Fl.
Stamford, CT 06901
203-569-5664/860-306-5721
krandolph@randolphtriallawcenter.com