**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

          v.                                                     3:25-cr-217 (MPS)

MICHAEL REILLY

               Defendant                               April 13, 2026

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Order entered on March 24, 2026, (ECF 59), the defendant submits the following status report.

1.      On February 17, 2026, the Court held a status conference in the above captioned matter. The defendant was present.

2.      The Court ordered the defendant to have no contact electronically, by U.S. mail, by telephone, through social media, in person, or in any other way with the individual identified in the indictment as Victim-1 and with the persons listed as witnesses in the email the government will send to defense counsel.  Counsel received the email.

3.      On March 3, 2026, defense counsel and the government filed a Joint Status Report. (ECF 54). As stated in the report, counsel agreed to withdraw the Bill of Particulars.

4.      On March 5, the Court denied the defendant's Bill of Particulars.

5.      Counsel sought releases for mental health records from the Connecticut Department of Corrections, the Yale New Haven Hospital System, the Connecticut Department of Children and Families and the defendant's primary care provider.

6.     The Department of Corrections and the defendant's primary care provider released health care records to counsel.

7.     Counsel issued a subpoena for the Yale-New Haven medical records.  Yale-New Haven delivered the records to counsel's office pursuant to the subpoena.

8.     On April 3, 2026, the undersigned delivered a subpoena signed by the Clerk's office to the United States Marshal's Service for service upon the agent for the Connecticut Department of Children and Families.  The undersigned has not received the return from the Marshal's service.

9.     On April 10, the Court informed counsel that it approved services for investigation.

10.    Counsel is waiting for approval from the Second Circuit for expert services.

*Kevin Randolph*
_____
The Defendant by his Attorney
Kevin Randolph, Esq.
Randolph Trial Law Center
6 Landmark Square, 4th Floor
Stamford, CT 06901
krandolph@randolphtriallawcenter.com

CERTIFICATION

A copy of this motion was electronically delivered by operation of the Court's electronic filing system to all parties of record on March 13, 2026.

*Kevin Randolph*
Randolph Trial Law Center
6 Landmark Square, 4th Fl.
Stamford, CT 06901
Tel. 203-569-5664
krandolph@randolphrtriallawcenter.com