**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

       v.                                             3:25-cr-217 (MPS)

MICHAEL REILLY

            Defendant                                May 18, 2026

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Order entered on May 13, 2026, (ECF 66) the defendant submits the following status report.

1. On February 17, 2026, the Court held a status conference in the above captioned matter. The defendant was present.

2. The Court ordered the defendant to have no contact electronically, by U.S. mail, by telephone, through social media, in person, or in any other way with the individual identified in the indictment as Victim-1 and with the persons listed as witnesses in the email the government will send to defense counsel. Counsel received the email.

3. On March 3, 2026, defense counsel and the government filed a Joint Status Report. (ECF 54). As stated in the report, counsel agreed to withdraw the Bill of Particulars.

4. On March 24, the Court ordered a second status report. (ECF 59). Counsel filed the report on April 13, 2026. (ECF 61).

5. On May 13, the Court ordered the defendant to submit a third report. Following is the update.

a.  At the Court's direction, after service of a subpoena, counsel received copies of the defendant's mental health records from Yale-New Haven Health.  The Court also approved the authorization for expenses for an expert in psychiatry.  However, the Second Circuit has not yet approved the expense.

b.  The director of the Division of Law and Psychiatry informed counsel that the approved clinician, Dr. Ronald Weir, concludes his fellowship in July and would not be available through the Division.

c.  At the Court's direction, counsel subpoenaed records in which the defendant is named as a party from the Connecticut Department of Children and Families.  The agency informed counsel that no records exist naming the defendant as a party.

d.  The court approved expenses for the services of an investigator.

Respectfully submitted,

*Kevin Randolph*
_____
The Defendant by his Attorney
Kevin Randolph, Esq.
Randolph Trial Law Center
6 Landmark Square, 4th Floor
Stamford, CT 06901
krandolph@randolphtriallawcenter.com

CERTIFICATION

A copy of this motion was electronically delivered by operation of the Court's electronic filing system to all parties of record on May 18, 2026.

*Kevin Randolph*

Randolph Trial Law Center
6 Landmark Square, 4th Fl.
Stamford, CT 06901
Tel. 203-569-5664
krandolph@randolphrtriallawcenter.com